UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tammy Taylor,

Plaintiff, **Civil Case No. 01-2122 ADM/AJB**

vs.

Bristol-Myers Squibb Company,

Defendant.

**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR PLEAD AND ORDER**

Pursuant to Federal Rule Civ. P. 6, Plaintiff and Defendant, through their respective undersigned attorneys, hereby stipulate that Defendant shall have until **January 25, 2002**, to file an answer, motion or other pleading in response to Plaintiff's Complaint.

Following service of the Complaint, defendant needed to find Minnesota counsel for representation in this matter and will need additional time to forward relevant information to its attorneys for responding to the Complaint. There have been no prior stipulated extensions.

LOPEZ, HODES, RESTAINO, MILMAN, SKIKOS & POLOS

By [signature]
David L. Suggs (0147485)
27995 Boulder Circle
Shorewood, MN 55331
(952) 401-4377
**Counsel for Plaintiff**

DATED: December 19, 2001

FILED DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]

Richard J. Nygaard (80226)
Doreen A. Mohs (249968)
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7912/8979
**Counsel for Defendant**

DATED: December 19, 2001

**ORDER**

Based upon the foregoing statements and Stipulation, IT IS ORDERED that defendant has until January 25, 2002, to answer, move or otherwise plead in response to plaintiff's Complaint.

DATED: 12/21, 2001

[signature]
Arthur J. Boylan
United States Magistrate Judge