CIVIL 01-2122 ADM/AJB

A CERTIFIED TRUE COPY

DEC 28 2001

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 12 2001

FILED
CLERK'S OFFICE

***DOCKET NO. 1407***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-7)***

On August 28, 2001, the Panel transferred eight civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 80 additional actions have been transferred to the Western District of Washington. With the consent of that court, all such actions have been assigned to the Honorable Barbara Jacobs Rothstein.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Western District of Washington and assigned to Judge Rothstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Western District of Washington for the reasons stated in the order of August 28, 2001, and, with the consent of that court, assigned to the Honorable Barbara Jacobs Rothstein.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Western District of Washington. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 28 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instruments is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By
Deputy

1-8-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

# SCHEDULE CTO-7 TAG ALONG CASES
# DOCKET NO. 1407
# IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV | CIVIL ACTION# | | |
|---|---|---|---|---|
| ALABAMA MIDDLE | | | | |
| ALM | 2 | 01-1280 | Waters, et al. v. Bayer Corp. | |
| CALIFORNIA CENTRAL | | | | |
| CAC | 2 | 01-9867 | Iturbe v. Novartis Corp., et al. | |
| CONNECTICUT | | | | |
| CT | 3 | 01-2093 | Lewis, et al. v. GlaxoSmithKline, PLC, et al. | |
| INDIANA NORTHERN | | | | |
| INN | 2 | 01-599 | Baranowski, et al. v. American Home Products Corp. | |
| KENTUCKY EASTERN | | | | |
| KYE | 5 | 01-437 | Morford, et al. v. American Home Products Corp. | |
| KENTUCKY WESTERN | | | | |
| KYW | 1 | 01-182 | Anderson, et al. v. American Home Products Corp., et al. | |
| ~~KYW~~ | ~~3~~ | ~~01-631~~ | ~~Horne v. American Home Products, et al.~~ | OPPOSED 12/20/01 |
| LOUISIANA EASTERN | | | | |
| ~~LAE~~ | ~~2~~ | ~~01-3477~~ | ~~Martin v. Bayer Corp., et al.~~ | OPPOSED 12/27/01 |
| ~~LAE~~ | ~~2~~ | ~~01-3478~~ | ~~Favorite, et al. v. Bayer Corp., et al.~~ | OPPOSED 12/27/01 |
| ~~LAE~~ | ~~2~~ | ~~01-3479~~ | ~~Mosley, et al. v. Bayer Corp., et al.~~ | OPPOSED 12/27/01 |
| ~~LAE~~ | ~~2~~ | ~~01-3480~~ | ~~Sumling, et al. v. Bayer Corp., et al.~~ | OPPOSED 12/27/01 |
| ~~LAE~~ | ~~2~~ | ~~01-3484~~ | ~~Garrison, et al. v. Whitehall-Robins Healthcare, et al.~~ | OPPOSED 12/27/01 |
| ~~LAE~~ | ~~2~~ | ~~01-3487~~ | ~~Bardales, et al. v. Whitehall-Robins Healthcare, et al.~~ | OPPOSED 12/27/01 |
| ~~LAE~~ | ~~2~~ | ~~01-3490~~ | ~~Craft, et al. v. Whitehall-Robins Healthcare, et al.~~ | OPPOSED 12/27/01 |
| LAE | 2 | 01-3504 | Nichols v. Bayer Corp., et al. | |
| LAE | 2 | 01-3505 | Spitale, et al. v. Bayer Corp., et al. | |
| ~~LAE~~ | ~~2~~ | ~~01-3522~~ | ~~Lee, et al. v. Whitehall-Robins Healthcare, et al.~~ | OPPOSED 12/27/01 |
| LOUISIANA MIDDLE | | | | |
| LAM | 3 | 01-1006 | Ambrose, etc. v. Thompson Medical Co. | |
| LAM | 3 | 01-1013 | O'Bear v. Novartis Consumer Health, Inc., et al. | |
| LAM | 3 | 01-1025 | Beattie, et al. v. Novartis Consumer Health, et al. | |
| LOUISIANA WESTERN | | | | |
| LAW | 1 | 01-2073 | Finnester v. Whitehall-Robins Healthcare, et al. | |
| LAW | 3 | 01-2096 | Weaver v. CCA Industries, Inc. | |
| LAW | 3 | 01-2280 | Toombs v. Bayer Corp., et al. | |
| LAW | 6 | 01-2438 | Guilbeau, et al. v. Novartis Pharmaceuticals Corp., et al. | |
| LAW | 6 | 01-2439 | Bartram, et al. v. Bayer Corp., et al. | |
| MINNESOTA | | | | |
| MN | 0 | 01-2122 | Taylor v. Bristol-Myers Squibb Co. | |
| MISSOURI EASTERN | | | | |
| MOE | 4 | 01-353 | Williams v. Novartis Consumer Health, Inc. | |
| NEW YORK SOUTHERN | | | | |
| NYS | 1 | 01-8840 | Stevens, et al. v. American Home Products Corp., et al. | |
| OHIO NORTHERN | | | | |
| OHN | 1 | 01-2526 | Kopecky, etc. v. American Home Products Corp. | |
| OHN | 3 | 01-7567 | Allison, et al. v. Chattem, Inc. | |
| TENNESSEE EASTERN | | | | |
| TNE | 1 | 01-329 | Walker v. American Home Products Corp., et al. | |
| TNE | 1 | 01-331 | White, et al. v. American Home Products Corp. | |
| TENNESSEE MIDDLE | | | | |
| TNM | 3 | 01-1488 | Noaman, et al. v. Block Drug Co. | |
| TNM | 3 | 01-1489 | Norman, et al. v. Bayer Corp. | |
| TEXAS WESTERN | | | | |
| TXW | 3 | 01-401 | Deselles v. GlaxoSmithKline, PLC | |