CLOSED, JURYDEMAND

# U.S. District Court
# Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:02-cv-00035-BJR
# Internal Use Only

Taylor v. Bristol-Myers Squibb
Assigned to: Hon. Barbara J. Rothstein
Demand: $0
Lead case: 2:01-md-01407-BJR (View Member Cases)
Case in other court: Dist of Minnesota, 01-cv-2122
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/16/2002
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **Tammy Taylor** | represented by | **David L Suggs**<br>LOPEZ HODES RESTAINO<br>MILMAN & SKIKOS<br>27995 BOULDER CIRCLE<br>SHOREWOOD, MN 55331<br>952-401-4377<br>Fax: 952-401-4377<br>Email: dsuggs@attglobal.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jane E Joseph**<br>LOPEZ HODES RESTAINO<br>MILMAN & SKIKOS<br>13938A CEDAR RD<br>STE 373<br>CLEVELAND, OH 44118<br>216-921-9314<br>Email: jejoseph@ix.netcom.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Bristol-Myers Squibb Company** | represented by | **Christopher W Thompkins**<br>BETTS PATTERSON & MINES<br>701 PIKE ST<br>STE 1400<br>SEATTLE, WA 98101-3927<br>206-292-9988<br>Fax: 206-292-9988<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Christopher W Tompkins**
BETTS PATTERSON & MINES
701 PIKE ST
STE 1400
SEATTLE, WA 98101-3927
206-292-9988
Fax: FAX 343-7053
Email: ctompkins@bpmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Doreen A Mohs**
RIDER BENNETT EGAN &
ARUNDEL
2000 METRO CTR
333 S 7TH STREET
MINNEAPOLIS, MN 55402
612-340-8979
Email: damohs@riderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Tanenbaum**
SEDGWICK DETERT MOEN &
ARNOLD
ONE GATEWAY 11TH FLOOR
NEWARK, NJ 07102
973-820-0019
Fax: FAX 1-973-242-8099
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J Nygaard**
RIDER BENNETT EGAN &
ARUNDEL
2000 METRO CTR
333 S 7TH STREET
MINNEAPOLIS, MN 55402
612-340-7952
Fax: 612-340-7900
Email: rjnygaard@riderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2002 | 5 | TRANSMITTAL OF DOCUMENTS from Dist of Minnesota per MDL |

| | | |
|---|---|---|
| | | Order (CTO-7) dated 12/12/01 re: MDL 1407 (PPA). Dist of MN case no. 01-cv-2122. (VB) Modified on 03/21/2002 (Entered: 03/20/2002) |
| 04/02/2002 | | ENT- The Clerk will maintain a master docket and case file under the style PPA cases: orders, pleadings, motions, and other documents will, when filed and docketed in the Master Case File, be deemed filed and docketed in each individual case to the extent possible. (VB) (Entered: 04/02/2002) |
| 04/02/2002 | | Terminate Case (utility event) Per BJR (VB) (Entered: 04/02/2002) |
| 06/25/2002 | 6 | ATTORNEY APPEARANCE for defendant Bristol-Myers Squibb by Christopher W. Tompkins (MH) (Entered: 08/08/2002) |
| 07/03/2002 | 9 | ANSWER AND ADITIONAL DEFENSES by defendant Bristol-Myers Squibb; jury demand (VB) (Entered: 09/27/2002) |
| 09/16/2002 | 7 | MOTION by plaintiff for default judgment against Bristol-Myers Squibb (VB) (Entered: 09/18/2002) |
| 09/16/2002 | | LODGED ORDER: re: motion for default judgment against Bristol-Myers Squibb [7-1] (VB) (Entered: 09/18/2002) |
| 09/19/2002 | 8 | ORDER by Judge Barbara J. Rothstein DENYING motion for default judgment against Bristol-Myers Squibb [7-1] (cc: counsel, Judge) (VB) (Entered: 09/19/2002) |
| 09/27/2002 | 10 | LETTER by defendant re: answer [9-1] (VB) (Entered: 09/27/2002) |
| 02/23/2004 | 11 | NOTICE by Plaintiff Tammy Taylor *Notice of Firm Designation* (Joseph, Jane) (Entered: 02/23/2004) |
| 06/09/2004 | 12 | PETITION for Suggestion of Remand Order filed by Plaintiff Tammy Taylor. (Joseph, Jane) (Entered: 06/09/2004) |
| 06/28/2004 | 13 | ORDER rejecting traditional pleading: defendant Bristol-Myers Squibb Company's Corporate Disclosure Statementby Judge Barbara J. Rothstein. (Elizabeth Tyree) (Entered: 06/28/2004) |
| 07/16/2004 | 14 | ORDER TO SHOW CAUSE Why this matter should not be remanded by Judge Barbara J. Rothstein. Show Cause Response due by 7/30/2004. (AE, ) (Entered: 07/19/2004) |
| 09/01/2004 | 15 | SUGGESTION OF REMAND ORDER, related only to the cases listed on Attachment A, by Judge Barbara J. Rothstein. (LT, ) (Entered: 09/01/2004) |
| 09/01/2004 | | Notice re 15 SUGGESTION OF REMAND ORDER. Due to system failure, notice of filing is being provided to the parties. (LT, ) (Entered: 09/02/2004) |
| 09/07/2004 | | ***Attorney Jane E. Joseph added as counsel for Plaintiff pursuant to 11 Notice. (LT, ) (Entered: 09/07/2004) |
| 09/27/2004 | 16 | STATEMENT of Election Regarding Alternative Dispute Resolution by |

| | | |
|---|---|---|
| | | Defendant Bristol-Myers Squibb Company. (McKay, Brandi) (Entered: 09/27/2004) |
| 10/13/2004 | 17 | ORDER by MDL Panel re: MDL 1407 (PPA) CONDITIONAL REMAND ORDER, received and filed on October 13, 2004. The actions listed on the attached schedule are hereby remanded to their respective Transferor courts.<br><br>Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), parties are to furnish a stipulation or designation of the contents to be remanded and all necessary copies. (LT, ) (Entered: 10/15/2004) |
| 10/15/2004 | 18 | FINAL MDL PRETRIAL ORDER relating to the cases listed on Attachment A, by Judge Barbara J. Rothstein. (LT, ) (Entered: 10/15/2004) |
| 10/15/2004 | | NOTICE OF DOCKET CORRECTION: The Conditional Remand Order entered on 10/13/04 is hereby STRICKEN; a revised Conditional Remand Order is forthcoming from the JPML. (LT, ) (Entered: 10/15/2004) |
| 10/18/2004 | 19 | ORDER by MDL Panel re: MDL 1407 (PPA) CONDITIONAL REMAND ORDER, filed on September 28, 2004. The actions listed on the attached **revised** schedule are hereby remanded to their respective transferor courts.<br><br>Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425,438 (2001), parties are to furnish a stipulation or designation of the contents to be remanded and all necessary copies. *Presiding Judge*: Rothstein, Barbara J. (LT, ) (Entered: 10/18/2004) |

I hereby certify that the attached is a true and correct copy of the docket on file at the Western District of Washington

BRUCE RIFKIN, Clerk

By __S/Lisa Tardiff__________
Deputy Clerk