CC TO JUDGE KW

Honorable Barbara J. Rothstein

FILED ENTERED
LODGED RECEIVED
JUN 25 2002 KN
AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | C02-35 |
| This document relates to USDC for the District of Minnesota; Cause No 01-2122<br><br>TAMMY TAYLOR,<br><br>Plaintiff,<br><br>vs<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>Defendant. | NO. MDL 1407<br><br>NOTICE OF APPEARANCE OF BRISTOL-MYERS SQUIBB COMPANY<br><br>**Clerk's Action Required** |

Defendant Bristol-Myers Squibb Company appears through the attorneys named below. Please serve all future pleadings or papers in the above-entitled cause, exclusive of original process, upon said defendant by directing a copy to the undersigned.

CV 02-00035 #00000006



Betts
Patterson
Mines
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

6

ORIGINAL

DATED this 24th day of June, 2002.

BETTS, PATTERSON & MINES, P.S.

By [signature]
Christopher W. Tompkins, WSBA #11686
Attorneys for Defendant Bristol-Myers Squibb Company

Michael Tanenbaum
SEDGWICK, DETERT, MORAN & ARNOLD
One Gateway, 11th Floor
Newark, NJ 07102
Phone: 973-242-0002



Betts
Patterson
Mines
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the state of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein

On June 24, 2002 I caused to be served via U.S. Mail, postage prepaid, a copy of the within **NOTICE OF APPEARANCE** on defendants' liaison counsel as shown below.

D. Joseph Hurson
Lane Powell Spears Lubersky
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Douglas A Hofmann
Williams Kastner Gibbs
601 Union Street, Suite 4100
P O. Box 21926
Seattle, WA 98111-3926

Dated this 24 day of June, 2002, at Seattle, Washington.

Barbara J Conger
Barbara J Conger



Betts
Patterson
Mines
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988