FILED ENTERED
LODGED RECEIVED

SEP 19 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

cc: counsel; BJR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to:<br><br>Taylor v. Bristol-Myers Squibb Co., No. 02-35 | MDL NO. 1407<br><br>ORDER DENYING MOTION FOR DEFAULT JUDGMENT AND ALLOWING FILING OF ANSWER |

Plaintiff filed a Motion for Default Judgment on the basis that defendant failed to file an answer in accordance with Federal Rule of Civil Procedure 12(a)(1)(A). The court hereby lifts the stay of this proceeding for the sole and limited purpose of considering this motion.

Plaintiff filed her complaint on November 20, 2001, meaning that, under normal circumstances, defendant's answer would have been filed no later than December 20, 2001. However, the Judicial Panel on Multidistrict Litigation subjected plaintiff's case to a Conditional Transfer Order dated December 12, 2001, which was certified on December 28, 2001. Pursuant to Case Management Order No. 1, the case was stayed upon its transfer into the MDL. As such, the unique procedural status of this case impeded defendant from filing an answer with either the transferor or the



CV 02-00035 #00000008

8

MDL court.

For this reason, defendant's motion for default judgment is DENIED. Additionally, because no answer exists in response to plaintiff's complaint, the court shall afford defendant twenty (20) days from the date of this order within which to file an answer.

DATED at Seattle, Washington this 19th day of September, 2002.

BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE