Betts
Patterson
Mines
ATTORNEYS

FILED ENTERED
LODGED RECEIVED
SEP 27 2002 MR
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

September 26, 2002

**HAND DELIVERY**

Valerie Barber, MDL 1407 Clerk
U S District Court
Western District of Washington
1010 5th Avenue
Seattle, WA 98104

Re PPA Products Liability Litigation - MDL 1407
<u>Tammy Taylor v Bristol-Myers Squibb Co , No 02-35</u>

Dear Ms Barber

Enclosed for filing in the above-referenced matter is a copy of our Answer and Additional Defenses and Jury Demand of Bristol-Myers Squibb Company As discussed in our telephone conversation today, this document was filed/stamped July 3, 2002 However, we received an Order Denying Motion for Default Judgment and Allowing Filing of Answer on September 19, 2002 (a copy is enclosed)

We would appreciate your re-filing this Answer to ensure that it is part of the Court's record Thank you for your attention to this matter

CV 02-00035 #00000010

10

167239/092602 1657/64510020

One Convention Place
Suite 1400 • 701 Pike Street
Seattle WA • 98101-3927
www bpmlaw com • 206 292.9988 • fax 206 343 7053

Sincerely,

Maria Hunt

Maria Hunt
Paralegal to Christopher W Tompkins

MH mh

Enclosures