THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Terry Boak v. Bayer Corporation<br>02-cv-71 ADM/AJB MDL # 02-0553;<br><br>Linda Grover v. Smithkline Beecham Consumer Healthcare et al.<br>0200078C MDL #02-1268<br><br>Tammy Taylor v. Bristol-Myers Squibb Company MN 001-2122<br>MDL # 02-0335 | MDL Docket No. 1407<br><br>DESIGNATION OF LAW FIRM FOR SERVICE OF PLEADINGS PURSUANT TO SUPPLEMENTAL ORDER RE USE OF CASE MANAGEMENT ELECTRONIC CASE-FILING SYSTEM AND SERVICE OF PLEADINGS |

I, Jane E. Joseph certifies as follows:

I am a lawyer with the firm of LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS. My firm currently represents plaintiffs with claims against manufacturers of phenylpropanolamine [PPA] containing products in the PPA MDL Products Liability Litigation, MDL Docket No. 1407.

Pursuant to the terms of the January 21, 2004 Order, I hearby declare my firm to be the designated law firm for the above related case(s), and request that opposing counsel serve all related pleadings to the following address:

Jane E. Joseph
LOPEZ, HODES, RESTAINO
MILMAN & SKIKOS
13938A Cedar Rd. Suite 373
Cleveland, OH 44118

DATED this 23 day of February, 2004.

___s/Jane E. Joseph___________
Jane E. Joseph (MN Bar #167988)
LOPEZ, HODES, RESTAINO
MILMAN & SKIKOS

**THE HONORABLE BARBARA J. ROTHSTEIN**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

**IN RE: PHENYLPROPANOLAMINE**
**(PPA) PRODUCTS LIABILITY LITIGATION** **MDL NO. 1407**

**CERTIFICATE OF SERVICE**

Boak v. Bayer Corp.
No. 02-0553

Grover v. Smithkline Beecham Consumer Healthcare, et al.
No. 02-1268

Taylor v. Bristol Meyers Squibb
No. 02-0035

I, Audrey Schmida, declare under penalty of perjury under the laws of the State of Ohio that the following is true and correct.

I am a citizen of the United States and a resident of Summit County, Ohio. I am over the age of 18 years and am not a party to the within cause. My business mailing address is that of Lopez, Hodes, Restaino, Milman & Skikos, 13938A Cedar Rd., Suite 373, Cleveland, Ohio 44118.

On February 23, 2004 I caused true and correct copies of :

Notice of Firm Designation

to be served by regular U.S. mail upon the following counsel of record:

Ronn B. Kreps
FULBRIGHT & JAWORSKI, LLP
225 South Sixth Street, Suite 4850
Minneapolis, MN 55402-4320

R. Jeffrey Krill
GONZALEZ, SAGGIO & HARLAN LLP
225 E. Michigan, 4th floor
Milwaukee, WI 53202

Doreen A. Mohs
RIDER BENNETT EGAN
& ARUNDEL
333 South Seventh St.
Suite 2000
Minneapolis, MN 55402

and via electronic mail to:

Douglas Hofmann
WILLIAMS KASTNER & GIBBS PLLC
4100 Two Union Square
P.O. Box 21926
Seattle, WA 98104-1845

Lance Palmer
LEVINSON, FRIEDMAN, P.S.
720 Third Ave., Suite 1800
Seattle, WA 98104-1845

Executed on February 23, 2004, at Cleveland, Ohio.

s/Audrey Schmida
Audrey Schmida