THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL No. 1407 |
| This document relates to *Taylor, Tammy v. BMS* [Case No. 02-035] | PETITION FOR SUGGESTION OF REMAND ORDER |

The below-signed counsel of record in the following case(s):

*Taylor, Tammy v. BMS* [Case No. 02-035]

hereby certifies to the Court in good faith that the described case has completed case-specific fact discovery, and that all other generic fact and expert discovery as to each defendant is complete or time-barred, and otherwise is ripe for remand to its transferor court for further proceedings and disposition.

The below-signed counsel further certifies in good faith that the following information is accurate:

Case Caption: *Taylor, Tammy v. BMS*

Transferor Court: MN

Date of Original Filing: 11/21/2001

Date Docketed in MDL 1407: 3/20/2002

Date of Alleged Injury: 1/6/96

Specific Type of Injury Claimed: Subarachnoid hemorrhage

Identity of All Defendants: Bristol-Meyer Squibb

Estimated Length of Trial: Four (4) weeks

DATED this 9th day of June, 2004.

Respectfully submitted,

/s/ Jane E. Joseph

Jane E. Joseph (MN Bar #167988)
Lopez, Hodes, Restaino,
Milman & Skikos
13938 A Cedar Rd. #373
Cleveland, OH 44118
(216) 921-9314
(216) 921-9334 fax

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2004, a true and correct copy of the foregoing was electronically filed with the Clerk and was served via electronic mail service through the Clerk via Email and/or via overnight delivery on the following:

Lance Eugene Palmer, Esq.
LEVINSON FRIEDMAN, P.S.
Pacific Building
720 Third Avenue, Suite 1800
Seattle, WA 98104-1845

***PPA MDL Plaintiffs' Liaison Counsel***
Douglas A. Hofmann, Esq.
WILLIAMS, KASTNER & GIBBS PLLC
4100 Two Union Square
P.O. Box 21926
Seattle, WA 98101

D. Joseph Hurson, Esq.
LANE POWELL SPEARS LUBERSKY LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

***PPA MDL Defendants' Liaison Counsel***

Doreen A. Mohs
RIDER BENNETT EGAN
& ARUNDEL
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
**Counsel for Bristol Myers Squibb**

/s/ Jane E. Joseph
Jane E. Joseph, Esq.