UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

This document relates to:

Tammy Taylor v. Bristol-Myers Squibb
Cause No. C02-35

MDL NO. 1407

ORDER REGARDING FAILURE TO USE CASE MANAGEMENT/ ELECTRONIC CASE FILING SYSTEM

On June 21, 2004, counsel for defendant Bristol-Myers Squibb attempted to file a document entitled "Corporate Disclosure Statement" in the above case. This filing is in violation of the court's order of October 30, 2003 (Order Regarding Use of Case Management/Electronic Case Filing System "CM/ECF"). The order required all represented parties in MDL 1407 to use CM/ECF as of November 15, 2003 and provided that an attorney who is not using electronic filing by November 15, 2003, must show good cause to file and serve pleadings and other papers in the traditional manner. The order further provided that counsel who succeed in showing cause will nevertheless be required to include with

traditionally filed papers a disk or CD-ROM containing a portable document format ("PDF") copy of all papers filed with the court.

The filing in the above case is in violation of the court's order of October 30, 2003, because counsel failed (1) to file a motion showing good cause for filing pleadings in the traditional manner and (2) to provide the court with a PDF copy of the filing. The court hereby rejects this attempt to file the Answer of Wilcox Pharmacy, Inc. to Plaintiffs' Original Complaint in this manner. Counsel is instructed to re-file electronically or according to the provisions of the court's order.

DATED at Seattle, Washington, this 28TH day of June 2004.

s/ Barbara Jacobs Rothstein

BARBARA JACOBS ROTHSTEIN
United States District Judge