UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION, <br><br> This document relates to the actions listed on Attachment A | MDL NO. 1407 <br><br> SUGGESTION OF REMAND ORDER |

The court, having reviewed the records of the cases listed on Attachment A, and having heard argument of counsel, finds and rules as follows:

(1) Common discovery and other coordinated pretrial proceedings have been completed. Any remaining issues are case-specific, and best determined by the transferor courts.

(2) These cases will not benefit from further coordinated proceedings as part of MDL 1407, and are ready to be remanded to their respective transferor courts.

For these reasons, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the court issues its Suggestion of Remand Order in the cases listed on Attachment A. The Clerk is ORDERED to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerks of the transferor district courts listed

on Appendix A.

DATED at Seattle, Washington this 1ST day of September, 2004.

s/ Barbara Jacobs Rothstein
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

**APPENDIX A**

| WD WA Cause # | Case | Transferor Court/ Cause # |
|---|---|---|
| 01cv2169 | Ronald E. Allegreto v. Glaxosmithkline, et al. | Western Dist. of Louisiana (Shreve-port) No. 01cv2224 |
| 01cv2106 | Allen Alexander v. Bayer Corporation | Middle Dist. of Louisiana (Baton Rouge), No. 01cv860 |
| 02cv1529 | Jane Anderson, et al. v. Perrigo Co., Inc. | Middle Dist. of North Carolina No. 02-345 |
| 02cv899 | Marsha Archer, et al. v. Whitehall-Robbins Health-care Corp., et al. | Central District of California, Southern Division, No. 01cv1050 |
| 01cv2091 | Rona J. Averill v. Schering-Plough Healthcare Products, Inc. | Southern District of Mississippi (West-ern) No. 01cv309 |
| 02cv22 | Karen Baranowski, et al. v. American Home Products Corporation | Northern District of Indiana (Hammond) No. 01cv599 |
| 03cv2103 | Edna Barnett v. Bayer Corporation, et al. | Southern District of Mississippi (East-ern) No. 01cv169 originally a multi-plaintiff case |
| 02cv34 | Kathy Bartram v. Bayer Corp., et al. | Western District of Louisiana (Lafay-ette) No. 01cv2439 |
| 02cv895 | Cleotha Beasley v. Ameri-can Home Products Corp., et al. | Northern District of Alabama (Southern) No. 02cv408 |
| 02cv418 | Kenneth Bevis v. Glaxo-smithkline Corp., et al | Northern District of Alabama (Northwest-ern) No. 01cv1294 |
| 02cv1010 | Jasmine Bias, et al. v. Bayer Corporation, et al. | Central District of California (Western Division) 01cv10869 |

| | | |
|---|---|---|
| 02cv553 | Terry L. Boak v. Bayer Corporation | Western District of Wisconsin No. 02cv66C |
| 02cv1511 | Margaret Burns v. Wyeth, Inc. | Northern District of Alabama (Northeast-ern) No. 01cv1287 |
| 02cv22 | William J. Burns, Jr. v. Wyeth, et al. | Northern District of Indiana (Hammond) No. 01cv599 |
| 02cv526 | Alvin Carter v. Bayer Corporation, et al. | Eastern District of California (Fresno) No. 02cv5031 |
| 02cv897 | Richard Casanova v. Vons Companies, Inc. | Central District of California (Western Division) No. 01cv9404 |
| 01cv2157 | Kathleen Clark, et al. v. Bayer Corporation | Middle District of Louisiana (Baton Rouge) No. 01cv941 |
| 02cv545 | Richard Coleman v. Bayer Corporation | Middle District of Louisiana (Baton Rouge) No. 02cv19 |
| 01cv2158 | Gloria Coleman, et al. v. Bayer Corporation | Middle District of Louisiana (Baton Rouge) No. 01cv942 |
| 01cv1881 | Janet Cotter v. Novartis Consumer Health | Eastern District of Tennessee (Chatanoo-ga) No. 01cv7 |
| 01cv1754 | Joseph Darville v. Novartis Pharmaceuticals | Middle District of Louisiana (Baton Rouge) No. 01cv512 |
| 01cv2132 | Tyrone Denson v. Bayer Corporation | Central District of California (Western Division) No. 01-9391 |
| 02cv1535 | Matthew J. Diamond v. Bayer Corporation | Southern District of Ohio (Columbus) No. 02cv469 |
| 02cv550 | Shannon Dudley v. Novartis Consumer Health, Inc., et al. | Western District of Louisiana (Shreve-port) No. 01cv2507 |

| | | |
|---|---|---|
| 01cv1758 | Donald Dunar v. Novartis Consumer Health, Inc., et al. | Eastern District of Pennsylvania (Philadelphia) No. 01cv1567 |
| 02cv771 | Sandra Espinoza v. Whitehall-Robbins, et al. | Eastern District of California (Sacra-mento) No. 01cv2045 |
| 02cv905 | Shirley Figg v. American Home Products Corp., et al. | Western District of Kentucky (Louisville) No. 01cv707 |
| 02cv30 | Arlene Finnester v. Whitehall-Robbins Health-care, et al. | Western District of Louisiana (Alexandria) No. 01cv2073 |
| 02cv1521 | Jimmy R. Fleniken, et al. v. Bayer Corporation | Western District of Louisiana (Lake Charles) No.02cv816 |
| 02cv348 | Roy Forest v. Bayer Corporation | Eastern District of Louisiana No. 01cv3846 |
| 01cv1875 | Aaron Fryer v. Novartis Consumer Health | Eastern District of North Carolina (Wilmington) No. 01cv110 |
| 02cv765 | Donna Garcia v. Bayer Corporation, et al. | Central District of California (Western Division) No. 02cv995 |
| 01cv2016 | R.L. George v. American Home Products Corporation | Western District of Louisiana (Shreveport) No. 01cv1922 |
| 03cv1391 | Kathleen Glorioso v. Bayer Corporation | Northern District of California (San Francisco) No. 01cv4181 originally a multi-ple plaintiff case, *Sandra Mustoe, et al v. Bayer Corporation* |

| | | |
|---|---|---|
| 01cv1649 | Vera Gions v. Bayer Corporation, et al. | Western District of Louisiana (Shreveport) No. 01cv1598 |
| 01cv1796 | Bobby Gray v. Glaxosmithkline | Western District of Louisiana (Monroe) No. 01cv1761 |
| 01cv1653 | Maria Graziose, et al. v. American Home Products Corporation, et al. | District of Nevada No. 01cv581RLH-RJJ |
| 02cv1268 | Linda Grover v. SmithKline Beecham Consumer Healthcare, et al. | Western District of Wisconsin No. 02cv78C |
| 01cv2183 | Katherine Grunweil v. Bayer Corporation | Southern District of Ohio (Dayton) No. 01cv452 |
| 02cv1265 | Juan Guitierrez v. Bayer Corporation | Southern District of New York (Foley Square) No. 02cv884 |
| 01cv2131 | Delores Hall v. Thompson Medical Co., et al. | Central District of California (Western Division) No. 01cv9389 |
| 02cv1510 | Rushie Hall v. Bayer Corporation | Northern District of Alabama (Southern) No. 02cv1204 |
| 02cv1512 | Berneata T. Harris v. Bayer Corporation | Southern District of Alabama (Selma) No. 02cv317 |
| 01cv2159 | Grover C. Harrison v. Bayer Corporation | Middle District of Louisiana (Baton Rouge) No. 01cv943 |
| 01cv2165 | Albert Henderson, et al. v. Bayer Corporation | Western District of Louisiana (Monroe) No. 01-2395 |
| 02cv1862 | Michael Hoover, et al. v. SmithKline Beecham Corp., et al. | District of Minnesota No. 02cv1120 |
| 01cv1403 | Kelley Howard v. Schering-Plough Corporation | Northern District of Texas (Abilene) No. 01cv47 |

| | | |
|---|---|---|
| 02cv1547 | Paul Huffer v. Novartis Pharmaceutical, et al. | Western District of Kentucky (Louisville) No. 01cv753 |
| 03cv1375 | Pamela Huggins v. Bayer Corporation | Eastern District of Kentucky (Lexington) No. 01cv456 originally a multi-ple plaintiff case, *Pamela Huggins, et al. v. Bayer Corp.* |
| 02cv792 | Mary Louise Hunnicutt v. Novartis Corporation | Western District of Louisiana (Monroe) No. 02cv184 |
| 02cv1174 | Zula Hunter v. Bayer Corporation, et al. | Western District of Louisiana (Shreve-port) No. 02cv522 |
| 01cv2095 | Gloria Jenkins v. Bayer Corporation | Western District of Louisiana (Alexan-dria) No. 01cv2090 |
| 02cv902 | Susan Jennings, et al. v. Whitehall-Robbins Healthcare Corp., et al. | Northern District of California (San Jose) No. 01cv21024 |
| 02cv2602 | Kathy Johnson, et al. v. Bayer Corporation | District of Minne-sota No. 02cv3813 |
| 03cv2119 (consolidated into 03cv1384) | Mildred Jones v. American Home Products Corp., et al. | Western District of Tennessee (Memphis) No. 01cv2921 |
| 02cv371 | Paul Kelley, et al. v. Bayer Corporation, et al. | Eastern District of Texas (Beaumont) No. 01cv872 |
| 02cv766 | Jason Kesterson, et al. v. Bayer Corporation | Central District of California (Western Division No. 02-997 |
| 02cv1261 | Linda King-Corbin, et al. v. SmithKline Beecham Corp. | District of Connect-icut (New Haven) No. 02cv628 |

| | | |
|---|---|---|
| 02cv38 | Kathlyn Kopecky v. American Home Products Corp. | Northern District of Ohio (Cleveland) No. 01-2526 |
| 02cv764 | Theresa LaTour, et al. v. Bayer Corp., et al. | Central District of California (Western Division) No. 02cv992 |
| 01cv2104 | Kathy Lowery v. Bayer Corporation, et al. | Middle District of Louisiana (Baton Rouge) No. 01cv844 |
| 02cv361 | Inez Lyons v. Bayer Consumer Care | Southern District of Mississippi (Jackson) No. 01cv964 |
| 02cv275 | Albert H. Macon v. Bayer Corporation | Western District of Louisiana (Shreveport) No. 01cv2437 |
| 01cv2111 | Joseph McGee, et al. v. Bayer Corporation, et al. | Middle District of Louisiana (Baton Rouge) No. 01cv872 |
| 01cv2096 | Cecil McKey v. Bayer Corporation | Western District of Louisiana (Alexandria) No. 01cv2091 |
| 01cv2093 | Patricia Ann Medina, et al. v. Bayer Corp., et al. | District of Minnesota No. 01cv1868 |
| 02cv759 | Leslie Mergen v. Whitehall Robbins, et al. | Central District of California (Western Division)No. 02cv829 |
| 02cv2023 | Wanda Meyer v. Novartis Consumer Health, Inc., et al. | Norther District of Oklahoma (Tulsa) No. 02cv502 |
| 01cv1693 | Ethel Middleton, et al. v. Bayer Corporation | Northern District of Alabama (Southern) No. 01cv2101 |
| 01cv2173 | Byron D. Minor v. Bayer Corporation, et al. | Western District of Louisiana (Lafayette) No. 01cv2282 |

| | | |
|---|---|---|
| 01cv2103 | Debbi Mitchell v. Bayer Corporation, et al. | Western District of Louisiana (Lafay-ette) No. 01cv2141 |
| 02cv1548 | Donald Morris v. GlaxosmithKline, PLC, et al. | Western District of Kentucky (Louisville) No. 02cv651 |
| 02cv554 | Donald Moulds v. Bayer Consumer Care | Southern District of Mississippi (East-ern) No. 01cv374 |
| 02cv2026 | Tracey Noble v. Novartis Pharmaceuticals Corp., et al. | Northern District of Texas (Lubbock) No. 02cv150 |
| 01cv1757 | Russell Outz v. Novartis Consumer Health, Inc. | District of Nebraska (Lincoln) No. 01cv3090 |
| 01cv2174 | Emile Pitre v. Bayer Cor-poration | Western District of Louisiana (Lafay-ette) No. 01cv2284 |
| 01cv2146 | Pamela Pollard v. Bayer Corporation | Eastern District of Louisiana (New Or-leans)No. 01cv3420 |
| 02cv1544 | Richard L. Powers v. Whitehall-Robbins, et al. | Eastern District of Wisconsin (Milwau-kee) No. 02cv227 |
| 02cv1520 | Clemontine Rivers v. Bayer Corporation | Western District of Louisiana (Alexan-dria) No. 02cv479 |
| 02cv372 | Lonnie Roberts v. SmithKline Beecham Corp. | Northern District of Texas (Dallas) No. 01cv2648 |
| 02cv262 | James Roundtree v. Bayer Corporation | Eastern District of Louisiana (New Orleans) No. 01cv3549 |

| | | |
|---|---|---|
| 01cv2048 | Pinkie Ruffin v. Bayer Corporation, et al. | Western District of Louisiana (Shreveport) No. 01cv1744 |
| 02cv1524 | Gladys Russ v. Bayer Corporation | Western District of Louisiana (Shreveport) No. 02cv470 |
| 02cv1177 | Sheri Scherf v. American Home Products Corporation, et al. | Western District of Oklahoma (Oklahoma City) No. 02cv284 |
| 02cv338 | Earl Sherwood v. American Home Products Corporation | Eastern District of California (Fresno) No. 01cv3689 |
| 02cv1262 | Sylvia Smith v. Novartis AG, et al. | Northern District of Georgia (Atlanta) No. 02cv833 |
| 01cv2156 | Vivian Spears, et al. v. Novartis Pharmaceuticals Corp., et al. | Middle District of Louisiana (Baton Rouge) No. 01-934 |
| 02cv791 | Linda Spillers v. American Home Products Corp. | Western District of Louisiana (Monroe) No. 01cv2095 |
| 01cv2097 | Preston Stemman v. Bayer Corp. | Western District of Louisiana (Lake Charles)<br>No. 01cv2093 |
| 02cv37 | Barbara Stevens v. American Home Products Corp. | Southern District of New York<br>No. 01cv8840 |
| 01cv1647 | Ruth Stevenson, et al. v. Novartis Consumer Health, et al. | Middle District of Louisiana (Baton Rouge) No. 01cv678 |
| 02cv339 | Robert Stotler, et al. V. Bayer Corp., et al. | Eastern District of California (Fresno)<br>No. 02cv6390 |
| 01cv1655 | Kimberly Strazis v. Bayer Corp., et al. | District of South Carolina(Spartanburg) No. 01cv2143 |

| | | |
|---|---|---|
| 01cv1883 | Karen Tanner v. Novartis Consumer Health, Inc., et al. | Southern District of Texas (Galveston)<br>No. 01cv519 |
| 02cv35 | Tammy Taylor v. Bristol-Myers Squibb Co. | District of Minnesota No. 01cv2122 |
| 01cv2060 | Dianne Thomas v. Bayer Corp., et al. | Western District of Louisiana (Shreveport) No. 01cv1489 |
| 02cv1868 | Clifton Tobias v. Novartis AG, et al. | Eastern District of Texas (Tyler)<br>No. 02cv263 |
| 01cv1756 | Linda Vizena, et al. v. Novartis Corp., et al. | Western District of Louisiana (Lafayette) No. 01cv858 |
| 01cv1704 | Vicki D. Vogt v. American Home Products Corp., et al. | Eastern District of Pennsylvania (Philadelphia)<br>No. 01cv2483 |
| 02cv40 | Kevin Walker v. American Home Products Corp., et al. | Eastern District of Tennessee (Chatanooga) No. 01cv329 |
| 01cv1642 | Ramona Wallace v. Whitehall-Robbins Healthcare, et al. | Central District of California (Western Division)<br>No. 01cv6835 |
| 01cv1706 | Trecina Washington v. American Home Products, et al. | Eastern District of Texas (Lufkin) No. 01cv157 |
| 02cv419 | Andrew Wiggins, et al. v. American Home Products, et al. | Northern District of Alabama (Northwestern) No. 01cv2303 |
| 02cv36 | James H. Williams v. Novartis Consumer Health, Inc. | Southern District of Mississippi (Eastern) No. 01cv353 |
| 01cv2107 | Lucille Wolfe v. Bayer Corp., et al. | Middle District of Louisiana (Baton Rouge) No. 01-861 |

| | | |
|---|---|---|
| 02cv2616 | Patricia Wood v. Whitehall-Robbins | Southern District of New York (White Plains) No. 02cv7979 |
| 01cv1407 | Carolyn Yoakum v. Novartis Corp. | Western District of Louisiana (Shreve-port) No. 01cv522 |
| 01cv2099 | Sandra Young v. Bayer Corp. | Western District of Louisiana (Monroe) No. 01cv2097 |