THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to:<br>Tammy Taylor v. Bristol-Myers Squibb, Company<br>02-cv-00035-BJR | MDL Docket No. 1407<br><br>**ELECTION REGARDING ALTERNATIVE DISPUTE RESOLUTION** |

Pursuant to Case Management Order 18A, counsel in the above-referenced case have conferred and have elected not to mediate this case.

Dated: September 24, 2004

Respectfully Submitted,

By: [signature]

WENDY A. TUCKER
BRANDI J. McKAY
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 S. Figueroa Street, 18th Floor
Los Angeles, CA 90017
*Counsel for Defendant*
*Bristol-Myers Squibb Company*

By: [signature]

JANE JOSEPH
LOPEZ, HODES, RESTAINO, MILMAN, et al.
13938A Cedar Road
Suite 373
Cleveland, OH 44118
*Counsel for Plaintiff Tammy Taylor*



Sedgwick, Detert, Moran & Arnold LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, California 90017-5556. On September 27, 2004, I served the within document:

**ELECTION REGARDING ALTERNATIVE DISPUTE RESOLUTION**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via FEDERAL EXPRESS.

**See Attached Service List**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 27, 2004, at Los Angeles, California.

Debra M. Lambdin

DEBRA M. LAMBDIN

# SERVICE LIST

Jane Joseph, Esq.
Lopez, Hodes, Restaino, Milman, et al.
13938A Cedar Road, Suite 373
Cleveland, OH 44118
**Counsel for Plaintiffs**

Mark P. Robinson, Jr., Esq.
Kevin F. Calcagnie, Esq.
Robinson, Calcagnie & Robinson
620 Newport Center Drive, 7th Floor
Newport Beach, California 92660
**Liaison Counsel for Plaintiffs**

Lance Palmer, Esq.
Levinson Friedman
720 3rd Avenue, Suite 1800
Seattle, WA 98104-1845
**Liason Counsel for Plaintiffs**

Steven J. Skikos, Esq.
Kathleen N. Millican, Esq.
Lopez, Hodes, Restaino, Milman & Skikos
625 Market Street, 16th Floor
San Francisco, California 94105
**Assistant Liaison Counsel for Plaintiffs**

Joseph Hurson, Esq.
Lane Powell Spears Lubersky
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
**Liaison Counsel Defendants**

Douglas Hofman, Esq.
Williams, Kastner, & Gibbs
Two Union Square
601 Union Street, Suite 4100
Seattle, WA 98111-3926
**Liaison Counsel for Defendants**

Dick Nygaard, Esq.
Doreen Mohs, Esq.
Rider, Bennett, Egan & Arundel, LLP
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
**Counsel for Defendants**