# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

September 28, 2004

Honorable Barbara Jacobs Rothstein
U.S. District Judge
705 William Kenzo Nakamura
U.S. Courthouse
1010 Fifth Avenue
Seattle, WA 98104-1130

RECEIVED
OCT 0 2004
BARBARA J. ROTHSTEIN
U.S. DISTRICT JUDGE

Re: MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

(See Attached Schedule of Actions)

Dear Judge Rothstein:

For your information, I am enclosing a copy of a conditional remand order filed today by the Judicial Panel on Multidistrict Litigation in this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 8 2004

FILED
CLERK'S OFFICE

## *DOCKET NO. 1407*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION*

## *(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL REMAND ORDER*

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions listed on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

**SCHEDULE FOR CONDITIONAL REMAND ORDER**
**DOCKET NO. 1407**
**IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION**

| — TRANSFEREE — | | | — TRANSFEROR — | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| WAW | 2 | 01-1693 | ALN | 2 | 01-2101 | *Ethel Pearl Gadsden Middleton, etc. v. Bayer Corp.* |
| WAW | 2 | 02-895 | ALN | 2 | 02-408 | *Cleotha Beasley v. American Home Products Corp., et al.* |
| WAW | 2 | 02-1510 | ALN | 2 | 02-1204 | *Rushie Hall v. Bayer Corp.* |
| WAW | 2 | 02-418 | ALN | 3 | 01-1294 | *Kenneth Bevis, et al. v. Glaxosmithkline Corp., et al.* |
| WAW | 2 | 02-419 | ALN | 3 | 01-2303 | *Phillip Wiggins, et al. v. American Home Products Corp., et al.* |
| WAW | 2 | 02-1511 | ALN | 5 | 02-1287 | *William J. Burns, Jr. v. Wyeth, Inc., et al.* |
| WAW | 2 | 02-1512 | ALS | 2 | 02-317 | *Berneata T. Harris, etc. v. Bayer Corp.* |
| WAW | 2 | 01-1642 | CAC | 2 | 01-6835 | *Ramona Wallace v. Whitehall-Robins Healthcare, et al.* |
| WAW | 2 | 01-2131 | CAC | 2 | 01-9389 | *Delores Hall v. Thompson Medical Co., Inc., et al.* |
| WAW | 2 | 01-2132 | CAC | 2 | 01-9391 | *Tyrone Denson v. Bayer Corp.* |
| WAW | 2 | 02-897 | CAC | 2 | 01-9404 | *Rick Casanova, et al. v. Vons Companies, Inc.* |
| WAW | 2 | 02-1010 | CAC | 2 | 01-10869 | *Jasmine Bias, et al. v. Bayer Corp.* |
| WAW | 2 | 02-764 | CAC | 2 | 02-992 | *Theresa Letour, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 02-765 | CAC | 2 | 02-995 | *Donna Garcia v. Bayer Corp., et al.* |
| WAW | 2 | 02-766 | CAC | 2 | 02-997 | *Jason Kenterson, et al. v. Bayer Corp.* |
| WAW | 2 | 02-899 | CAC | 8 | 01-1050 | *Marsha Archer, et al. v. Whitehall-Robins, et al.* |
| WAW | 2 | 02-338 | CAE | 1 | 01-6389 | *Earl Sherwood v. American Home Products Corp.* |
| WAW | 2 | 02-339 | CAE | 1 | 01-6390 | *Robert Stotler, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 02-526 | CAE | 1 | 02-5031 | *Alvin Carter, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 02-771 | CAE | 2 | 01-2045 | *Sandra Espinoza v. Whitehall-Robins, et al.* |
| WAW | 2 | 02-902 | CAN | 5 | 01-21024 | *Susan Jennings, et al. v. Whitehall-Robins, et al.* |
| WAW | 2 | 02-1261 | CT | 3 | 02-628 | *Linda King-Corbin, et al. v. SmithKline Beecham Corp.* |
| WAW | 2 | 02-1262 | GAN | 1 | 02-833 | *Sylvia Smith, etc. v. Novartis, AG, et al.* |
| WAW | 2 | 02-22 | INN | 2 | 01-599 | *Karen Baranowski, et al. v. American Home Products Corp.* |
| WAW | 2 | 02-905 | KYW | 3 | 01-707 | *Shirley Figg v. American Home Products Corp., et al.* |
| WAW | 2 | 01-2146 | LAE | 2 | 01-3420 | *Pamela Pollard, et al. v. Bayer Corp.* |
| WAW | 2 | 02-262 | LAE | 2 | 01-3549 | *James Roundtree v. Bayer Corp.* |
| WAW | 2 | 02-348 | LAE | 2 | 01-3846 | *Roy Milton Forest, Jr., et al. v. Bayer Corp.* |
| WAW | 2 | 01-1754 | LAM | 3 | 01-512 | *Joseph Darville, et al. v. Novartis Pharmaceuticals, Inc.* |
| WAW | 2 | 01-1647 | LAM | 3 | 01-678 | *Ruth Stevenson, et al. v. Novartis Consumer Health, Inc., et al.* |
| WAW | 2 | 01-2106 | LAM | 3 | 01-860 | *Allen Alexander, et al. v. Bayer Corp.* |
| WAW | 2 | 01-2107 | LAM | 3 | 01-861 | *Lucille Wolfe, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 01-2111 | LAM | 3 | 01-872 | *Joseph D. McGee, Sr., et al. v. Bayer Corp., et al.* |
| WAW | 2 | 01-2156 | LAM | 3 | 01-934 | *Vivian Spears, et al. v. Novartis Pharmaceuticals Corp., et al* |
| WAW | 2 | 01-2157 | LAM | 3 | 01-941 | *Kathleen Clark, et al. v. Bayer Corp.* |
| WAW | 2 | 01-2158 | LAM | 3 | 01-942 | *Gloria Coleman, etc. v. Bayer Corp.* |
| WAW | 2 | 01-2159 | LAM | 3 | 01-943 | *Grover C. Harrison, Jr. v. Bayer Corp.* |
| WAW | 2 | 02-545 | LAM | 3 | 02-19 | *Richard Coleman v. Bayer Corp.* |
| WAW | 2 | 02-30 | LAW | 1 | 01-2073 | *Alene Finnester v. Whitehall-Robins Healthcare, et al.* |
| WAW | 2 | 01-2095 | LAW | 1 | 01-2090 | *Gloria Jenkins v. Bayer Corp.* |
| WAW | 2 | 01-2096 | LAW | 1 | 01-2091 | *Cecil McKey, et al. v. Bayer Corp.* |
| WAW | 2 | 02-1520 | LAW | 1 | 02-479 | *Clemontine Rivers v. Bayer Corp.* |
| WAW | 2 | 01-2097 | LAW | 2 | 01-2093 | *Preston Stemmann v. Bayer Corp.* |
| WAW | 2 | 02-1521 | LAW | 2 | 02-816 | *Jimmy R. Fleniken, et al. v. Bayer Corp.* |
| WAW | 2 | 01-1796 | LAW | 3 | 01-1761 | *Bobby Gray v. Bayer Corp., et al.* |

| — TRANSFEREE — | | | — TRANSFEROR — | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| WAW | 2 | 02-791 | LAW | 3 | 01-2095 | *Linda Spillers, et al. v. American Home Products Corp.* |
| WAW | 2 | 01-2099 | LAW | 3 | 01-2097 | *Sandra Young, etc. v. Bayer Corp.* |
| WAW | 2 | 01-2165 | LAW | 3 | 01-2395 | *Albert Henderson, et al. v. Bayer Corp.* |
| WAW | 2 | 02-792 | LAW | 3 | 02-184 | *Mary Louise Hunnicutt v. Novartis Corp.* |
| WAW | 2 | 01-1407 | LAW | 5 | 01-522 | *Carolyn Yoakum v. Novartis Corp., et al.* |
| WAW | 2 | 01-2060 | LAW | 5 | 01-1489 | *Diane Thomas, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 01-1649 | LAW | 5 | 01-1598 | *Vera Goins v. Bayer Corp., et al.* |
| WAW | 2 | 01-2048 | LAW | 5 | 01-1744 | *Pinkie Ruffin v. Bayer Corp., et al.* |
| WAW | 2 | 01-2016 | LAW | 5 | 01-1922 | *R.L. George v. Bayer Corp., et al.* |
| WAW | 2 | 01-2169 | LAW | 5 | 01-2224 | *Ron E. Allegretto, et al. v. GlaxoSmithKline, et al.* |
| WAW | 2 | 02-275 | LAW | 5 | 01-2437 | *Albert H. Macon, et al. v. Bayer Corp.* |
| WAW | 2 | 02-550 | LAW | 5 | 01-2507 | *Shannon Dudley v. Novartis Consumer Health, Inc., et al.* |
| WAW | 2 | 02-1524 | LAW | 5 | 02-470 | *Gladys Russ v. Bayer Corp.* |
| WAW | 2 | 02-1174 | LAW | 5 | 02-522 | *Zula Hunter v. Bayer Corp., et al.* |
| WAW | 2 | 01-1756 | LAW | 6 | 01-858 | *Linda Vizena, et al. v. Novartis Corp., et al.* |
| WAW | 2 | 01-2103 | LAW | 6 | 01-2141 | *Michael Mitchell, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 01-2173 | LAW | 6 | 01-2282 | *Byron D. Minor, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 01-2174 | LAW | 6 | 01-2284 | *Emile Pitre v. Bayer Corp.* |
| WAW | 2 | 02-34 | LAW | 6 | 01-2439 | *Kathy Bartram, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 01-2093 | MN | 0 | 01-1868 | *Patricia Ann Medina, etc. v. Bayer Corp., et al.* |
| WAW | 2 | 02-35 | MN | 0 | 01-2122 | *Tammy Taylor v. Bristol-Myers Squibb Co.* |
| WAW | 2 | 02-1862 | MN | 0 | 02-1120 | *Michael Hoover, et al. v. SmithKline Beecham Corp., et al.* |
| WAW | 2 | 02-2602 | MN | 0 | 02-3813 | *Kathy C. Johnson, etc. v. Bayer Corp.* |
| WAW | 2 | 02-361 | MSS | 3 | 01-964 | *Inez Lyons v. Bayer Consumer Care* |
| WAW | 2 | 02-36 | MSS | 4 | 01-353 | *James H. Williams v. Novartis Consumer Health, Inc.* |
| WAW | 2 | 02-554 | MSS | 4 | 01-374 | *Donald Moulds, etc. v. Bayer Consumer Care* |
| WAW | 2 | 01-2091 | MSS | 5 | 01-309 | *Rona J. Averill v. Schering-Plough Healthcare Products, Inc.* |
| WAW | 2 | 01-1875 | NCE | 7 | 01-110 | *Aaron Victor Martin Fryar, et al. v. Novartis Consumer Health, Inc., et al.* |
| WAW | 2 | 02-1529 | NCM | 1 | 02-345 | *Jane Anderson, et al. v. Perrigo Co., Inc., et al.* |
| WAW | 2 | 01-1757 | NE | 4 | 01-3090 | *Russell Outz v. Novartis Consumer Health, Inc.* |
| WAW | 2 | 01-1653 | NV | 2 | 01-581 | *Maria T. Graziose, et al. v. American Home Products Corp., et al* |
| WAW | 2 | 02-37 | NYS | 1 | 01-8840 | *Barbara B. Stevens, et al. v. American Home Products Corp., et al.* |
| WAW | 2 | 02-1265 | NYS | 1 | 02-884 | *Juan A. Gutierrez v. Bayer Corp.* |
| WAW | 2 | 02-2616 | NYS | 7 | 02-7979 | *Patricia Wood v. Whitehall-Robins* |
| WAW | 2 | 02-38 | OHN | 1 | 01-2526 | *Kathlyn Kopecky, etc. v. American Home Products Corp.* |
| WAW | 2 | 02-1535 | OHS | 2 | 02-469 | *Matthew John Diamond v. Bayer Corp.* |
| WAW | 2 | 01-2183 | OHS | 3 | 01-452 | *Katherine W. Grunwell, etc. v. Bayer Corp.* |
| WAW | 2 | 02-2023 | OKN | 4 | 02-502 | *Wanda Meyer v. Novartis Consumer Health, Inc., et al.* |
| WAW | 2 | 02-1177 | OKW | 5 | 02-284 | *Sherri Scherf, etc. v. American Home Products Corp., et al.* |
| WAW | 2 | 01-1758 | PAE | 2 | 01-1567 | *Donald Michael Dunar v. Novartis Consumer Health, Inc., et al.* |
| WAW | 2 | 01-1704 | PAE | 2 | 01-2483 | *Vicki D. Vogt, et al. v. American Home Products Corp., et al.* |
| WAW | 2 | 01-1655 | SC | 7 | 01-2143 | *Kimberly P. Strazis, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 01-1881 | TNE | 1 | 01-7 | *Janet Cotter, et al. v. Novartis Consumer Health, Inc., et al.* |
| WAW | 2 | 02-40 | TNE | 1 | 01-329 | *Kevin Walker v. American Home Products Corp., et al.* |
| WAW | 2 | 02-371 | TXE | 1 | 01-872 | *Paul Kelley, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 02-1868 | TXE | 6 | 02-263 | *Clifton Wayne Tobias v. Novartis AG, et al.* |
| WAW | 2 | 01-1706 | TXE | 9 | 01-157 | *Trecina G. Washington v. American Home Products, Inc., et al.* |
| WAW | 2 | 01-1403 | TXN | 1 | 01-47 | *Kelley Howard v. Schering-Plough Corp.* |
| WAW | 2 | 02-372 | TXN | 3 | 01-2648 | *Lonnie J. Roberts v. Smithkline Beecham Corp.* |
| WAW | 2 | 02-2026 | TXN | 5 | 02-150 | *Tracey Noble v. Novartis Pharmaceuticals Corp., et al.* |
| WAW | 2 | 01-1883 | TXS | 3 | 01-519 | *Karen Sue Tanner v. Novartis Consumer Health, Inc.* |

| – TRANSFEREE – | | | – TRANSFEROR – | | | |
|---|---|---|---|---|---|---|
| **DIST.** | **DIV.** | **C.A.NO.** | **DIST.** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| WAW | 2 | 02-1547* | KYW | 3 | 01-753 | *Paul Huffer v. Novartis Pharmaceuticals Corp., et al.* |
| WAW | 2 | 02-1548* | KYW | 3 | 01-753 | *Donald L. Morris, etc. v. GlaxoSmithKline, PLC, et al.* |
| WAW | 2 | 03-1375* | KYE | 5 | 01-456 | *Pamela Huggins v. Bayer Corp.* |
| WAW | 2 | 03-1384* | TNW | 2 | 01-2921 | *Mildred Jones v. American Home Products* |
| WAW | 2 | 03-1391* | CAN | 3 | 01-4181 | *Kathleen Glorioso v. Bayer Corp.* |
| WAW | 2 | 03-2103* | MSS | 4 | 01-169 | *Edna M. Barnett v. Bayer Corp., et al.* |
| WAW | 2 | 02-1544* | WIE | 2 | 02-227 | *Richard L. Powers v. Whitehall-Robins, et al.* |
| WAW | 2 | 02-553* | WIW | 3 | 02-66 | *Terry L. Boak v. Bayer Corp.* |
| WAW | 2 | 02-1268* | WIW | 3 | 02-78 | *Linda R. Grover v. SmithKline Beecham Consumer Healthcare, et al.* |

*WAW case number assigned after severance order was issued in W.D. Washington