# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

FILED
RECEIVED
OCT 18 2004
AT SEATTLE
CLERK U.S. DISTRICT
WESTERN DISTRICT OF
BY DEPUTY

October 14, 2004

Bruce Rifkin, Clerk
215 William Kenzo Nakamura
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Re: MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

(See Attached Schedule of Actions)

Dear Mr. Rifkin:

I am enclosing a certified copy and additional copies of a conditional remand order filed on September 28, 2004. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...."

Please note that transmittal of the order was stayed fifteen (15) days to give any party opposing remand an opportunity to file such opposition. The fifteen-day period has now elapsed, no opposition has been received, and the order is being sent to you for filing.

Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 438 (2001), parties are to furnish you with a stipulation or designation of the contents of the records to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

Very truly,

Michael J. Beck
Clerk of the Panel

By ______________
Deputy Clerk

Enclosure

cc: Transferee Judge: Judge Barbara Jacobs Rothstein
Transferor Clerks: David J. Maland, Denise Lucks, J. Michael McMahon, J.T. Noblin, James Bonini, Jeffrey A. Apperson, John Brubaker, Joseph W. Skupniewitz, Karen S. Mitchell, Kevin F. Rowe, Lawrence Talamo, Loretta G. Whyte, Luther D. Thomas, Michael E. Kunz, Michael N. Milby, Patricia L. McNutt, Perry D. Mathis, PhilipB. Lombardi, Richard Sletten, Robert H. Shemwell, Sherri R. Carter

A CERTIFIED TRUE COPY
OCT 14 2004
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

LODGED RECEIVED
OCT 18 2004
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
SEP 28 2004
FILED
CLERK'S OFFICE

***DOCKET NO. 1407***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL REMAND ORDER***

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions listed on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
OCT 14 2004
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE FOR CONDITIONAL REMAND ORDER
# DOCKET NO. 1407
# IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- DIST. | DIV. | C.A.NO. | --- TRANSFEROR --- DIST. | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|---|---|
| WAW | 2 | 01-1693 | ALN | 2 | 01-2101 | *Ethel Pearl Gadsden Middleton, etc. v. Bayer Corp.* |
| ~~WAW~~ | ~~2~~ | ~~02-895~~ | ~~ALN~~ | ~~2~~ | ~~02-408~~ | ~~*Cleotha Beasley v. American Home Products Corp., et al.*~~ Opposed 10/14/04 |
| WAW | 2 | 02-1510 | ALN | 2 | 02-1204 | *Rushie Hall v. Bayer Corp.* |
| WAW | 2 | 02-418 | ALN | 3 | 01-1294 | *Kenneth Bevis, et al. v. Glaxosmithkline Corp., et al.* |
| ~~WAW~~ | ~~2~~ | ~~02-419~~ | ~~ALN~~ | ~~3~~ | ~~01-2303~~ | ~~*Phillip Wiggins, et al. v. American Home Products Corp., et al.*~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-1511~~ | ~~ALN~~ | ~~5~~ | ~~02-1287~~ | ~~*William J. Burns, Jr. v. Wyeth, Inc., et al.*~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-1512~~ | ~~ALS~~ | ~~2~~ | ~~02-317~~ | ~~*Berneata T. Harris, etc. v. Bayer Corp.*~~ Opposed 10/13/04 |
| ~~WAW~~ | ~~2~~ | ~~01-1642~~ | ~~CAC~~ | ~~2~~ | ~~01-6835~~ | ~~*Ramona Wallace v. Whitehall-Robins Healthcare, et al.*~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~01-2131~~ | ~~CAC~~ | ~~2~~ | ~~01-9389~~ | ~~*Delores Hall v. Thompson Medical Co., Inc., et al.*~~ Opposed 10/13/04 |
| WAW | 2 | 01-2132 | CAC | 2 | 01-9391 | *Tyrone Denson v. Bayer Corp.* |
| WAW | 2 | 02-897 | CAC | 2 | 01-9404 | *Rick Casanova, et al. v. Vons Companies, Inc.* |
| ~~WAW~~ | ~~2~~ | ~~02-1010~~ | ~~CAC~~ | ~~2~~ | ~~01-10869~~ | ~~*Jasmine Bias, et al. v. Bayer Corp.*~~ Opposed 10/13/04 |
| ~~WAW~~ | ~~2~~ | ~~02-764~~ | ~~CAC~~ | ~~2~~ | ~~02-992~~ | ~~*Theresa Letour, et al. v. Bayer Corp., et al.*~~ Opposed 10/13/04 |
| WAW | 2 | 02-765 | CAC | 2 | 02-995 | *Donna Garcia v. Bayer Corp., et al.* |
| WAW | 2 | 02-766 | CAC | 2 | 02-997 | *Jason Kenterson, et al. v. Bayer Corp.* |
| ~~WAW~~ | ~~2~~ | ~~02-899~~ | ~~CAC~~ | ~~8~~ | ~~01-1050~~ | ~~*Marsha Archer, et al. v. Whitehall-Robins, et al.*~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-338~~ | ~~CAE~~ | ~~1~~ | ~~01-6389~~ | ~~*Earl Sherwood v. American Home Products Corp.*~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-339~~ | ~~CAE~~ | ~~1~~ | ~~01-6390~~ | ~~*Robert Stotler, et al. v. Bayer Corp., et al.*~~ Opposed 101/4/04 |
| ~~WAW~~ | ~~2~~ | ~~02-526~~ | ~~CAE~~ | ~~1~~ | ~~02-5031~~ | ~~*Alvin Carter, et al. v. Bayer Corp., et al.*~~ Opposed 10/13/04 |
| ~~WAW~~ | ~~2~~ | ~~02-771~~ | ~~CAE~~ | ~~2~~ | ~~01-2045~~ | ~~*Sandra Espinoza v. Whitehall-Robins, et al.*~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-902~~ | ~~CAN~~ | ~~5~~ | ~~01-21024~~ | ~~*Susan Jennings, et al. v. Whitehall-Robins, et al.*~~ Opposed 10/14/04 |
| WAW | 2 | 02-1261 | CT | 3 | 02-628 | *Linda King-Corbin, et al. v. SmithKline Beecham Corp.* |
| WAW | 2 | 02-1262 | GAN | 1 | 02-833 | *Sylvia Smith, etc. v. Novartis, AG, et al.* |
| ~~WAW~~ | ~~2~~ | ~~02-22~~ | ~~INN~~ | ~~2~~ | ~~01-599~~ | ~~*Karen Baranowski, et al. v. American Home Products Corp.*~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-905~~ | ~~KYW~~ | ~~3~~ | ~~01-707~~ | ~~*Shirley Figg v. American Home Products Corp., et al.*~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~01-2146~~ | ~~LAE~~ | ~~2~~ | ~~01-3420~~ | ~~*Pamela Pollard, et al. v. Bayer Corp.*~~ Opposed 10/13/04 |
| WAW | 2 | 02-262 | LAE | 2 | 01-3549 | *James Roundtree v. Bayer Corp.* |
| WAW | 2 | 02-348 | LAE | 2 | 01-3846 | *Roy Milton Forest, Jr., et al. v. Bayer Corp.* |
| WAW | 2 | 01-1754 | LAM | 3 | 01-512 | *Joseph Darville, et al. v. Novartis Pharmaceuticals, Inc.* |
| WAW | 2 | 01-1647 | LAM | 3 | 01-678 | *Ruth Stevenson, et al. v. Novartis Consumer Health, Inc., et al.* |
| WAW | 2 | 01-2106 | LAM | 3 | 01-860 | *Allen Alexander, et al. v. Bayer Corp.* |
| WAW | 2 | 01-2107 | LAM | 3 | 01-861 | *Lucille Wolfe, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 01-2111 | LAM | 3 | 01-872 | *Joseph D. McGee, Sr., et al. v. Bayer Corp., et al.* |
| WAW | 2 | 01-2156 | LAM | 3 | 01-934 | *Vivian Spears, et al. v. Novartis Pharmaceuticals Corp., et al* |
| WAW | 2 | 01-2157 | LAM | 3 | 01-941 | *Kathleen Clark, et al. v. Bayer Corp.* |
| WAW | 2 | 01-2158 | LAM | 3 | 01-942 | *Gloria Coleman, etc. v. Bayer Corp.* |
| WAW | 2 | 01-2159 | LAM | 3 | 01-943 | *Grover C. Harrison, Jr. v. Bayer Corp.* |
| ~~WAW~~ | ~~2~~ | ~~02-545~~ | ~~LAM~~ | ~~3~~ | ~~02-19~~ | ~~*Richard Coleman v. Bayer Corp.*~~ Opposed 10/13/04 |
| ~~WAW~~ | ~~2~~ | ~~02-30~~ | ~~LAW~~ | ~~1~~ | ~~01-2073~~ | ~~*Alene Finnester v. Whitehall-Robins Healthcare, et al.*~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~01-2095~~ | ~~LAW~~ | ~~1~~ | ~~01-2090~~ | ~~*Gloria Jenkins v. Bayer Corp.*~~ Opposed 10/13/04 |
| WAW | 2 | 01-2096 | LAW | 1 | 01-2091 | *Cecil McKey, et al. v. Bayer Corp.* |
| WAW | 2 | 02-1520 | LAW | 1 | 02-479 | *Clemontine Rivers v. Bayer Corp.* |
| ~~WAW~~ | ~~2~~ | ~~01-2097~~ | ~~LAW~~ | ~~2~~ | ~~01-2093~~ | ~~*Preston Stemmann v. Bayer Corp.*~~ Opposed 10/13/04 |
| WAW | 2 | 02-1521 | LAW | 2 | 02-816 | *Jimmy R. Fleniken, et al. v. Bayer Corp.* |
| ~~WAW~~ | ~~2~~ | ~~01-1796~~ | ~~LAW~~ | ~~3~~ | ~~01-1761~~ | ~~*Bobby Gray v. Bayer Corp., et al.*~~ Opposed 10/14/04 |

SCHEDULE FOR CONDITIONAL REMAND ORDER MDL-1407 (Cont.) PAGE 2 OF 3

| — TRANSFEREE — | | | — TRANSFEROR — | | | | |
|---|---|---|---|---|---|---|---|
| **DIST.** | **DIV.** | **C.A.NO.** | **DIST.** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
| ~~WAW~~ | ~~2~~ | ~~02-791~~ | ~~LAW~~ | ~~3~~ | ~~01-2095~~ | ~~*Linda Spillers, et al. v. American Home Products Corp.*~~ | Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~01-2099~~ | ~~LAW~~ | ~~3~~ | ~~01-2097~~ | ~~*Sandra Young, etc. v. Bayer Corp.*~~ | Opposed 10/13/04 |
| WAW | 2 | 01-2165 | LAW | 3 | 01-2395 | *Albert Henderson, et al. v. Bayer Corp.* | |
| WAW | 2 | 02-792 | LAW | 3 | 02-184 | *Mary Louise Hunnicutt v. Novartis Corp.* | |
| WAW | 2 | 01-1407 | LAW | 5 | 01-522 | *Carolyn Yoakum v. Novartis Corp., et al.* | |
| WAW | 2 | 01-2060 | LAW | 5 | 01-1489 | *Diane Thomas, et al. v. Bayer Corp., et al.* | |
| WAW | 2 | 01-1649 | LAW | 5 | 01-1598 | *Vera Goins v. Bayer Corp., et al.* | |
| WAW | 2 | 01-2048 | LAW | 5 | 01-1744 | *Pinkie Ruffin v. Bayer Corp., et al.* | |
| ~~WAW~~ | ~~2~~ | ~~01-2016~~ | ~~LAW~~ | ~~5~~ | ~~01-1922~~ | ~~*R.E. George v. Bayer Corp., et al.*~~ | Opposed 10/14/04 |
| WAW | 2 | 01-2169 | LAW | 5 | 01-2224 | *Ron E. Allegretto, et al. v. GlaxoSmithKline, et al.* | |
| WAW | 2 | 02-275 | LAW | 5 | 01-2437 | *Albert H. Macon, et al. v. Bayer Corp.* | |
| WAW | 2 | 02-550 | LAW | 5 | 01-2507 | *Shannon Dudley v. Novartis Consumer Health, Inc., et al.* | |
| WAW | 2 | 02-1524 | LAW | 5 | 02-470 | *Gladys Russ v. Bayer Corp.* | |
| WAW | 2 | 02-1174 | LAW | 5 | 02-522 | *Zula Hunter v. Bayer Corp., et al.* | |
| WAW | 2 | 01-1756 | LAW | 6 | 01-858 | *Linda Vizena, et al. v. Novartis Corp., et al.* | |
| WAW | 2 | 01-2103 | LAW | 6 | 01-2141 | *Michael Mitchell, et al. v. Bayer Corp., et al.* | |
| ~~WAW~~ | ~~2~~ | ~~01-2173~~ | ~~LAW~~ | ~~6~~ | ~~01-2282~~ | ~~*Byron D. Minor, et al. v. Bayer Corp., et al.*~~ | Opposed 10/13/04 |
| ~~WAW~~ | ~~2~~ | ~~01-2174~~ | ~~LAW~~ | ~~6~~ | ~~01-2284~~ | ~~*Emile Pitre v. Bayer Corp.*~~ | Opposed 10/13/04 |
| WAW | 2 | 02-34 | LAW | 6 | 01-2439 | *Kathy Bartram, et al. v. Bayer Corp., et al.* | |
| ~~WAW~~ | ~~2~~ | ~~01-2093~~ | ~~MN~~ | ~~0~~ | ~~01-1868~~ | ~~*Patricia Ann Medina, etc. v. Bayer Corp., et al.*~~ | Opposed 10/13/04 |
| WAW | 2 | 02-35 | MN | 0 | 01-2122 | *Tammy Taylor v. Bristol-Myers Squibb Co.* | |
| WAW | 2 | 02-1862 | MN | 0 | 02-1120 | *Michael Hoover, et al. v. SmithKline Beecham Corp., et al.* | |
| WAW | 2 | 02-2602 | MN | 0 | 02-3813 | *Kathy C. Johnson, etc. v. Bayer Corp.* | |
| ~~WAW~~ | ~~2~~ | ~~02-361~~ | ~~MSS~~ | ~~3~~ | ~~01-964~~ | ~~*Inez Lyons v. Bayer Consumer Care*~~ | Opposed 10/13/04 |
| WAW | 2 | 02-36 | MSS | 4 | 01-353 | *James H. Williams v. Novartis Consumer Health, Inc.* | |
| ~~WAW~~ | ~~2~~ | ~~02-554~~ | ~~MSS~~ | ~~4~~ | ~~01-374~~ | ~~*Donald Moulds, etc. v. Bayer Consumer Care*~~ | Opposed 10/13/04 |
| WAW | 2 | 01-2091 | MSS | 5 | 01-309 | *Rona J. Averill v. Schering-Plough Healthcare Products, Inc.* | |
| ~~WAW~~ | ~~2~~ | ~~01-1875~~ | ~~NCE~~ | ~~7~~ | ~~01-110~~ | ~~*Aaron Victor Martin Fryar, et al. v. Novartis Consumer Health, Inc., et al.*~~ | Opposed 10/14/04 |
| WAW | 2 | 02-1529 | NCM | 1 | 02-345 | *Jane Anderson, et al. v. Perrigo Co., Inc., et al.* | |
| WAW | 2 | 01-1757 | NE | 4 | 01-3090 | *Russell Outz v. Novartis Consumer Health, Inc.* | |
| ~~WAW~~ | ~~2~~ | ~~01-1653~~ | ~~NV~~ | ~~2~~ | ~~01-581~~ | ~~*Maria T. Graziose, et al. v. American Home Products Corp., et al*~~ | Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-37~~ | ~~NYS~~ | ~~1~~ | ~~01-8840~~ | ~~*Barbara B. Stevens, et al. v. American Home Products Corp., et al.*~~ | Opposed 10/14/04 |
| WAW | 2 | 02-1265 | NYS | 1 | 02-884 | *Juan A. Gutierrez v. Bayer Corp.* | |
| ~~WAW~~ | ~~2~~ | ~~02-2616~~ | ~~NYS~~ | ~~7~~ | ~~02-7979~~ | ~~*Patricia Wood v. Whitehall-Robins*~~ | Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-38~~ | ~~OHN~~ | ~~1~~ | ~~01-2526~~ | ~~*Kathlyn Kopecky, etc. v. American Home Products Corp.*~~ | Opposed 10/14/04 |
| WAW | 2 | 02-1535 | OHS | 2 | 02-469 | *Matthew John Diamond v. Bayer Corp.* | |
| ~~WAW~~ | ~~2~~ | ~~01-2183~~ | ~~OHS~~ | ~~3~~ | ~~01-452~~ | ~~*Katherine W. Grunwell, etc. v. Bayer Corp.*~~ | Opposed 10/13/04 |
| WAW | 2 | 02-2023 | OKN | 4 | 02-502 | *Wanda Meyer v. Novartis Consumer Health, Inc., et al.* | |
| ~~WAW~~ | ~~2~~ | ~~02-1177~~ | ~~OKW~~ | ~~5~~ | ~~02-284~~ | ~~*Sherri Scherf, etc. v. American Home Products Corp., et al.*~~ | Opposed 10/13/04 |
| WAW | 2 | 01-1758 | PAE | 2 | 01-1567 | *Donald Michael Dunar v. Novartis Consumer Health, Inc., et al.* | |
| ~~WAW~~ | ~~2~~ | ~~01-1704~~ | ~~PAE~~ | ~~2~~ | ~~01-2483~~ | ~~*Vicki D. Vogt, et al. v. American Home Products Corp., et al.*~~ | Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~01-1655~~ | ~~SC~~ | ~~7~~ | ~~01-2143~~ | ~~*Kimberly P. Strazis, et al. v. Bayer Corp., et al.*~~ | Opposed 10/13/04 |
| WAW | 2 | 01-1881 | TNE | 1 | 01-7 | *Janet Cotter, et al. v. Novartis Consumer Health, Inc., et al.* | |
| ~~WAW~~ | ~~2~~ | ~~02-40~~ | ~~TNE~~ | ~~1~~ | ~~01-329~~ | ~~*Kevin Walker v. American Home Products Corp., et al.*~~ | Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-371~~ | ~~TXE~~ | ~~1~~ | ~~01-872~~ | ~~*Paul Kelley, et al. v. Bayer Corp., et al.*~~ | Opposed 10/14/04 |
| WAW | 2 | 02-1868 | TXE | 6 | 02-263 | *Clifton Wayne Tobias v. Novartis AG, et al.* | |
| ~~WAW~~ | ~~2~~ | ~~01-1706~~ | ~~TXE~~ | ~~9~~ | ~~01-157~~ | ~~*Trecina G. Washington v. American Home Products, Inc., et al.*~~ | Opposed 10/14/04 |
| WAW | 2 | 01-1403 | TXN | 1 | 01-47 | *Kelley Howard v. Schering-Plough Corp.* | |
| WAW | 2 | 02-372 | TXN | 3 | 01-2648 | *Lonnie J. Roberts v. Smithkline Beecham Corp.* | |
| WAW | 2 | 02-2026 | TXN | 5 | 02-150 | *Tracey Noble v. Novartis Pharmaceuticals Corp., et al.* | |
| WAW | 2 | 01-1883 | TXS | 3 | 01-519 | *Karen Sue Tanner v. Novartis Consumer Health, Inc.* | |

SCHEDULE FOR CONDITIONAL REMAND ORDER MDL-1407 (Cont.) PAGE 3 OF 3

| -- TRANSFEREE --- DIST. | DIV. | C.A.NO. | --- TRANSFEROR --- DIST. | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|---|---|
| WAW | 2 | 02-1547* | KYW | 3 | 01-753 | *Paul Huffer v. Novartis Pharmaceuticals Corp., et al.* |
| WAW | 2 | 02-1548* | KYW | 3 | 01-753 | *Donald L. Morris, etc. v. GlaxoSmithKline, PLC, et al.* |
| WAW | 2 | 03-1375* | KYE | 5 | 01-456 | *Pamela Huggins v. Bayer Corp.* |
| ~~WAW~~ | ~~2~~ | ~~03-1384*~~ | ~~TNW~~ | ~~2~~ | ~~01-2921~~ | ~~*Mildred Jones v. American Home Products*~~ Opposed 10/14/04 |
| WAW | 2 | 03-1391* | CAN | 3 | 01-4181 | *Kathleen Glorioso v. Bayer Corp.* |
| WAW | 2 | 03-2103* | MSS | 4 | 01-169 | *Edna M. Barnett v. Bayer Corp., et al.* |
| ~~WAW~~ | ~~2~~ | ~~02-1544~~ | ~~WIE~~ | ~~2~~ | ~~02-227~~ | ~~*Richard L. Powers v. Whitehall-Robins, et al.*~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-553~~ | ~~WIW~~ | ~~3~~ | ~~02-66~~ | ~~*Terry L. Boak v. Bayer Corp.*~~ Opposed 10/13/04 |
| WAW | 2 | 02-1268 | WIW | 3 | 02-78 | *Linda R. Grover v. SmithKline Beecham Consumer Healthcare, et al.* |

*WAW case number assigned after severance order was issued in W.D. Washington