RIDER BENNETT

Attorneys at Law
A Limited Liability Partnership

333 South Seventh Street
Suite 2000
Minneapolis, MN 55402

Telephone·612·340·8900
Fax·612·340·7900

**Doreen A. Mohs**
(612) 340-8979
damohs@riderlaw.com

November 9, 2004

Richard D. Sletten, Clerk
U.S. Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

Re: Tammy Taylor v. Bristol-Myers Squibb
Court File No.: 01-2122
Our File No.: 17408/R27085

Dear Mr. Sletten:

Please be advised that Michael Tanenbaum, national counsel for Bristol-Myers Squibb has requested that we, as local counsel, proceed with having the court remove him from the Court's notice list. He does not need to receive any notices from the Court. If you have any questions or need more information to process this request, please contact me.

Very truly yours,

RIDER BENNETT, LLP

By s/Doreen A. Mohs
Doreen A. Mohs

DAM/dab