**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2004, I caused the following documents:

Rule 26(f) Report

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Jane Ellen Joseph**
jejoseph@ix.netcom.com aschmida@alltel.net

**David L Suggs**
dsuggs@attglobal.net

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Dated: December 1, 2004

By s/Richard J. Nygaard
Richard J. Nygaard