# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE

Taylor,

Plaintiff,

v.

Bristol-Myers Squibb Company,

Defendant.

**COURT MINUTES**
Case Number: 01-2122 ADM/AJB

Date: December 7, 2004
Time Commenced: 2:45 p.m.
Time Concluded: 3:00 p.m.
Time in Court: 15 Minutes

Pretrial Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota. Scheduling order to be issued.

s/ Kathy Thobe
Judicial Assistant