**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

TAMMY TAYLOR,

PLAINTIFF,

v.

BRISTOL-MYERS SQUIBB COMPANY,

DEFENDANT.

CIVIL NO. 01-2122 ADM/AJB

**PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Fact and expert discovery shall be commenced in time to be completed by July 1, 2005.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff on or before April 7, 2005.

   b. By Defendant on or before May 15, 2005.

3. Rebuttal witness identity and reports shall be disclosed on or before June 1, 2005.

4. No more than ten interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by either side.

5. No more than two case specific depositions, excluding expert witness depositions, shall be taken by either side.

i. Defendant's deposition of Plaintiff shall not exceed four hours.
ii. Defendant shall be entitled to one additional factual case specific deposition.
iii. Plaintiff shall be entitled to two factual case specific depositions.

6. Each party shall take no more than four case specific expert depositions. Defendant may call at trial two Independent Medical Examiners, one Vocational Rebuttal witness, and one Daubert expert. The total of "generic" experts (identified during the MDL case management phase of the case) and "case specific" experts shall not exceed ten per party at trial.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings must be served on or before February 28, 2005.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, July 1, 2005.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephone conference with the Magistrate Judge. All non-dispositive motions shall be scheduled, filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rules 7.1, 37.1, and **shall be presented in a form that complies with Local Rule 37.2**.

Dispositive Motions

1. All dispositive motions shall be **served, filed and heard** by the Court on or before October 1, 2005. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on December 1, 2005, or upon resolution of any pending dispositive motions. Anticipated length of trial is ten days.

Dated: December 8, 2004

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge