THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Tammy Taylor,

Plaintiff,

vs.

Bristol-Myers Squibb Company,

Defendant.

Court File No. 01-2122 ADM/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, by and through their designated counsel and pursuant to Fed. R. Civ. Pro. 41(a)(1), that the above-captioned action be and hereby is dismissed with prejudice, each party to bear their own costs.

Dated: March 8, 2005

LOPEZ HODES RESTAINO MILMAN & SKIKOS

By s/Jane E. Joseph
Jane E. Joseph (167988)
Attorneys for Plaintiff
13938A Cedar Road, Suite 373
Cleveland, OH 44118
Phone: 330-425-3957

Dated: April 20, 2005

RIDER BENNETT, LLP

By s/Doreen A. Mohs
Richard J. Nygaard (80226)
Doreen A. Mohs (249968)
Attorneys for Defendant Bristol-Myers Squibb Company
33 South Sixth Street, Suite 4900
Minneapolis, MN 55402
(612) 340-7912, (612) 340-8979