THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Tammy Taylor,

Plaintiff, Court File No. 01-2122 ADM/AJB

vs.

Bristol-Myers Squibb Company,

**ORDER FOR DISMISSAL WITH PREJUDICE**

Defendant.

**IT IS HEREBY ORDERED,** pursuant to the parties' Stipulation of Dismissal with Prejudice, that Plaintiff's claims and causes of action against Bristol-Myers Squibb Co. ("BMS") in the above-referenced matter are hereby dismissed WITH PREJUDICE, each party to bear their own costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT

Dated: April 22, 2005

By s/Ann D. Montgomery
Judge Ann D. Montgomery
United States District Court

1231378-1