AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Tammy Taylor,

V.

Bristol-Myers Squibb Company,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2122 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that Plaintiff's claims and causes of action against Bristol-Myers Squibb Co. ("BMS")in the above-referenced matter are hereby dismissed WITH PREJUDICE, each party to bear their own costs.

April 22, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Mary Kaye Conery
(By) Mary Kaye Conery, Deputy Clerk